### 15368.   FULLRBIGHT, commissioner, et al. v. BOARDMAN. administrator, et al.

BELL, J.   This case is controlled by the following ruling of the Supreme Court, made in response to a question certified.   "The act of 1919 (Acts 1919, p. 58), amending the act of 1913 (Acts 1913, p. 91), imposing an inheritance tax upon all property within the jurisdiction of this State, real and personal, which shall pass on the death of the decedent by will or by the laws of descent and distribution, or by deed, grant, or gift, does not extend to the property set apart to the

widow as a statutory year's support." See *Fullbright* v. *Boardman*, 159 *Ga.* 162 (125 S. E. 44).

> *Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*
> DECIDED NOVEMBER 13, 1924.

Appeal; from Richmond superior court—Judge Franklin.   December 19, 1923.

*H. J. Fullbright, Isaac S. Peebles Jr.,* for plaintiff in error.
*Alexander & Lee,* contra.